**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 91 WM 2020
:
Respondent :
:
:
v. :
:
:
CARL EMERY ZEDAK, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.